IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.I. WILLIAMS, | ) |
| Plaintiff, | ) NO. 3:09-1002 |
| | ) JUDGE HAYNES |
| v. | ) |
| JOE EASTERING, Warden, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Report and Recommendation of the Magistrate Judge (Docket Entry No. 39) to which Petitioner has filed timely objections (Docket Entry No. 42). Upon de novo review of the Report and Recommendation and after considering Petitioner's objections, the Court **ADOPTS** the Report and Recommendation.

Accordingly, the Petitioner's request for an evidentiary hearing (Docket Entry No. 33) is **DENIED** in light of the state record. Petitioner's petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED with prejudice**. The Court **GRANTS** the Certificate of Appealability only on Petitioner's claim for ineffective assistance of counsel.

It is so **ORDERED**.

ENTERED this the 2nd day of September, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge